```
DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
LUIS CARLOS VASQUEZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr. S. 08-498 WBS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | Date:  March 7, 2011 |
| LUIS CARLOS VASQUEZ. | ) ) | Time:  8:30 a.m. Judge: Hon. William B. Shubb |
| Defendant. | ) ) | |

THE PARTIES STIPULATE, through counsel, William Wong, Assistant United States Attorney, and Courtney Fein, Assistant Federal Defender, attorney for LUIS CARLOS VASQUEZ, that the Court should vacate the status conference scheduled for January 31, 2011, at 8:30 a.m., and reset it for March 7, 2011, at 8:30 a.m.

Counsel for the defendant requires further time to review discovery, and discuss the contents of the discovery with her client.

The parties further stipulate that the Court should exclude the period from the date of this order through March 7, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

STIPULATION AND [PROPOSED] ORDER             1                         Vasquez 08-498

parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: January 31, 2011              Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ C. Fein
                                     _____
                                     COURTNEY FEIN
                                     Assistant Federal Defender

Dated: January 31, 2011              BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ C.Fein for
                                     _____
                                     WILLIAM WONG
                                     Assistant U.S. Attorney

STIPULATION AND [PROPOSED] ORDER           2                    Vasquez 08-498

**ORDER**

**IT IS SO ORDERED.**  The status conference is continued to March 7, 2011, at 8:30 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through March 7, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:   February 7, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE