UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAY -4 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>**LUIZ CARLOS VASQUEZ,**<br>aka Luiz R. Pasquez; aka Luiz Carlos Zamora; aka Luiz Carlos Zamora Vasquez,<br><br>        Defendant. | Case No. CR S-08-0498-01 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to *release **LUIZ CARLOS VASQUEZ, aka Luiz R. Pasquez; aka Luiz Carlos Zamora; aka Luiz Carlos Zamora Vasquez,** Case _CR S-08-0498-01 WBS_ from custody for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    \_\_   Unsecured bond

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    **X**   **(Other)**_____**Defendant CONTINUED on supervised release.   \*NOTE: Defendant to be released to the USPO ONLY on Tuesday, May 5, 2015, for transportation to the Wellspace inpatient drug treatment facility.**

Issued at _Sacramento, CA_ on _May 4, 2015_ at _11_ a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing