# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**LUIZ CARLOS VASQUEZ;**
aka Luiz R. Pasquez; aka Luiz Carlos Zamora;
aka Luiz Carlos Zamora Vasquez
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:08CR00498-01**

Michael Petrik, Jr., Asst. Federal Defender
Defendant's Attorney

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charge(s) 1 and 2  as alleged in the violation petition filed on 3/13/2015 .

[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Unlawful Use of a Controlled Substance | 2/13/2015 |
| 2 | Failure to Enter Residential Drug Program | 3/6/2015 |

The court:  [ ] revokes:  [ ] modifies:  [✔] continues under same conditions of supervision heretofore ordered on  10/20/2014. Defendant is ordered to be released ONLY to the USPO on Tuesday, May 5, 2015 for transportation to the Wellspace inpatient drug treatment facility.

The defendant is sentenced as provided in pages 2 through 1  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

May 4, 2015
Date of Imposition of Sentence

Signature of Judicial Officer

**William B. Shubb**
Name & Title of Judicial Officer

May 7, 2015
Date